UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.H., *on behalf of T.L.H., Jr., a minor*, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| *vs.* | ) |
| | ) No. 1:14-cv-00939-JMS-TAB |
| CAROLYN W. COLVIN, *Commissioner of the Social Security Administration*, | ) |
| | ) |
| *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now **AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of her Complaint.

Date: May 7, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution via ECF only to all counsel of record

1